**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| GABRIEL SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-01101-O-BP |
| | § | |
| GLOBAL LENDING SERVICES, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion to Dismiss (ECF No. 5) is **GRANTED**. However, the Court **GRANTS** Plaintiff twenty-one days from the date of this Order to file an amended complaint that addresses the deficiencies in his pleadings noted in the Findings, Conclusions, and Recommendation (ECF No. 24) of the United States Magistrate Judge.

**SO ORDERED** on this 14th day of March, 2024.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**