IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **GABRIEL SANCHEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-01101-O-BP |
| | § | |
| **GLOBAL LENDING SERVICES,** | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to Amend Petition (ECF No. 26), filed March 12, 2024. In its March 19, 2024 Order the Court granted the requested extension until April 18, 2024. However, the docket does not reflect any amended petition having been filed. Previously, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion to Dismiss (ECF No. 5) is **GRANTED**.

**SO ORDERED** on this 24th day of April, 2024.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE